IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-CV-00027-M

| | |
|---|---|
| WANONIA POTTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT OF |
| ) | ATTORNEY FEES UNDER |
| ANDREW SAUL, ) | THE EQUAL ACCESS TO JUSTICE ACT |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the court is Plaintiff's motion for an award of attorney's fees pursuant to Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA") [DE 33]. Upon the stipulation and agreement of the parties, the motion is GRANTED as follows. Defendant shall pay to Plaintiff $4,964.40, in full satisfaction of any and all claims arising under the EAJA. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Daniel R. Lauffer, Roberti, Wicker, Lauffer & Cinski PA, and mailed to his office at 100 East Parrish Street, Suite 200, Durham, North Carolina 27701, Durham, North Carolina 27709, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA.

SO ORDERED this 31st day of March, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE